470 A.2d 1032

Commonwealth v. Reith, Appellant.

Submitted October 14, 1983. Charles E. Weston, for appellant; Robert F. Hawk, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and BECK, JJ.

The order of the learned Butler County Common Pleas Court President Judge John C. Dillon is affirmed.

470 A.2d 1032

Commonwealth v. Richardson, Appellant.

Submitted November 7, 1983. Susan Claire DeYoung, Assistant Public Defender, for appellant; Katherene E. Holtzinger, Deputy District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and POPOVICH, JJ.

Order affirmed.